**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**JESSIE RODGERS**                                                                 **PLAINTIFF**

**v.**                                                                    No. 4:06CV165-P-A

**CHRISTOPHER EPPS, ET AL.**                                      **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED.**

**SO ORDERED,** this the 7th day of March, 2007.

                                                                     /s/ W. Allen Pepper, Jr.
                                                                     W. ALLEN PEPPER, JR.
                                                                     UNITED STATES DISTRICT JUDGE